# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pryor, Doris L. | USDC, Indiana Southern | 05/06/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full Time | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S. District Court
46 East Ohio Street, Room 255
Indianapolis, Indiana 46204

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Vice - President | Goodwill Education Initiatives Incorporated |
| 2. | Master Member | Indianapolis American Inn of Courts |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Doris L. | 05/06/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | �altered▐ ; Compensation for Services |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Doris L. | 05/06/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Doris L. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Huntington Cash Accounts | A | Interest | K | T | | | | | |
| 2. BMO Harris Cash Accounts | A | Interest | K | T | | | | | |
| 3. Regions Bank Cash Accounts | A | Interest | J | T | | | | | |
| 4. Fifth Third Bank Cash Accounts | A | Interest | J | T | | | | | |
| 5. Bancorp South Cash Accounts | A | Interest | J | T | | | | | |
| 6. Butler University DC Retirement Plan - TIAA Traditional | A | Int./Div. | J | T | | | | | |
| 7. Butler University DC Retirement Plan - CREF Stock R2 | C | Int./Div. | K | T | | | | | |
| 8. Butler University DC Retirement Plan - TIAA Real Estate | A | Int./Div. | J | T | | | | | |
| 9. Butler University DC Retirement Plan - CREF Inf-Linked Bond R2 | A | Int./Div. | J | T | | | | | |
| 10. Indiana University Retirement Plan - CREF Stock R3 | B | Int./Div. | J | T | | | | | |
| 11. Indiana University Retirement Plan - TIAA Real Estate | A | Int./Div. | J | T | | | | | |
| 12. Indiana University Retirement Plan - CREF Inf-Linked Bond R3 | A | Int./Div. | J | T | | | | | |
| 13. Indiana University Retirement Plan - CREF Money Market R3 | A | Int./Div. | J | T | | | | | |
| 14. Indiana University 403(b) - CREF Stock R3 | A | Int./Div. | J | T | | | | | |
| 15. Indiana University 403(b) - TIAA Real Estate | A | Int./Div. | J | T | | | | | |
| 16. Indiana University 403(b) - Money Market R3 | A | Int./Div. | J | T | | | | | |
| 17. Indiana University Retirement Plan (Fidelity) - Vanguard Inst TR 2040 | B | Int./Div. | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Doris L. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Roth - CLS - Franklin Low Duration Total Return (FLDAX) | A | Int./Div. | J | T | | | | | |
| 19. Roth - CLS - Franklin Total Return (FKBAX) | A | Int./Div. | J | T | | | | | |
| 20. Roth - CLS - Franklin Strategic Income (FRSTX) | A | Int./Div. | J | T | | | | | |
| 21. Roth - CLS - CLS Growth and Income (CLERX) | A | Int./Div. | J | T | | | | | |
| 22. Roth - CLS - CLS Global Diversified Equity (CLSAX) | A | Int./Div. | J | T | | | | | |
| 23. Roth - CLS - Franklin Mutual Shares (TESIX) | A | Int./Div. | J | T | | | | | |
| 24. Roth - CLS - Franklin Equity Income (FISEX) | A | Int./Div. | J | T | | | | | |
| 25. Roth - CLS - Franklin Natural Resources (FRNRX) | A | Int./Div. | J | T | | | | | |
| 26. Roth - CLS - Templeton Growth (TEPLX) | A | Int./Div. | J | T | | | | | |
| 27. Roth - CLS - Templeton Global Smaller Companies (TEMGX) | A | Int./Div. | J | T | | | | | |
| 28. Roth - CLS - Templeton Developing Markets (TEDMX) | A | Int./Div. | J | T | | | | | |
| 29. Roth - CLS - Franklin LibertQ US Equity ETF (FLQL) | A | Int./Div. | J | T | | | | | |
| 30. Roth - CLS - Franklin Real Estate Secs A (FREEX) | A | Int./Div. | J | T | | | | | |
| 31. Roth - CLS - Money Market (CONSTCASH) | A | Int./Div. | J | T | | | | | |
| 32. IRA - CLS - Franklin Low Duration Total Return (FLDAX) | A | Int./Div. | J | T | | | | | |
| 33. IRA - CLS - Franklin Total Return (FKBAX) | A | Int./Div. | J | T | | | | | |
| 34. IRA - CLS - Franklin Strategic Income (FRSTX) | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Doris L. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA - CLS - CLS Growth and Income (CLERX) | A | Int./Div. | J | T | | | | | |
| 36. IRA - CLS - CLS Global Diversified Equity (CLSAX) | A | Int./Div. | J | T | | | | | |
| 37. IRA - CLS - Franklin Mutual Shares (TESIX) | A | Int./Div. | J | T | | | | | |
| 38. IRA - CLS - Franklin Equity Income (FISEX) | A | Int./Div. | J | T | | | | | |
| 39. IRA - CLS - Franklin Natural Resources (FRNRX) | A | Int./Div. | J | T | | | | | |
| 40. IRA - CLS - Templeton Growth (TEPLX) | A | Int./Div. | J | T | | | | | |
| 41. IRA - CLS - Templeton Global Smaller Companies (TEMGX) | A | Int./Div. | J | T | | | | | |
| 42. IRA - CLS - Templeton Developing Markets (TEDMX) | A | Int./Div. | J | T | | | | | |
| 43. IRA - CLS - Franklin LibertyQ US Equity ETF (FLQL) | A | Int./Div. | J | T | | | | | |
| 44. IRA - CLS - Franklin Real Estate Secs A (FREEX) | A | Int./Div. | J | T | | | | | |
| 45. IRA - CLS - Money Market (CONSTCASH) | A | Int./Div. | J | T | | | | | |
| 46. College Choice 529 Plan - 2034 Enrollment Portfolio Class A (2847) | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pryor, Doris L.** | 05/06/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Doris L. Pryor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544